| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gertner, Nancy | 2. Court or Organization<br><br>U.S. District Court - MA | 3. Date of Report<br><br>07/23/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>John Joseph Moakley U.S. Court<br>1 Courthouse Way, Ste. 4130<br>Boston MA 02210 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Petra Foundation (a non-profit foundation) |
| 2. Instructor | Yale Law School |
| 3. Guest Instructor | William S. Richardson School of Law, Honolulu, HI |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Dwyer, Collora & Gertner: Partnership Agreement |
| 2. 1987 | Silverglate, Gertner, Fine & Good: Partnership Agreement |
| 3. | |

RECEIVED 2009 AUG 10 A 10:00 FINANCIAL DISCLOSURE OFFICE

**Gertner, Nancy**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Yale Law School; teaching sentencing seminar, spring and fall semesters. *** (See Section VIII) | $20,780.00 |
| 2. Jan. 2008 | William S. Richardson School of Law, Honoluly, HI taught American Jur y Process | $5,706.00 |
| 3. | | |
| 4. | | ' |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. 2008 | American Civil Liberties Union of Massachusetts salary |
| 3. 2008 | American Civil Liberties Union of Massachusetts deferred annuity |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Yale Law School, New Haven, CT | spring & fall semesters | New Haven, CT | Taught once a week | Travel, sometimes lodging and meals |
| 2. William S. Richardson School of Law | January 8-23 | Nonolulu, HI | Taught | Travel, lodging and meals (see also Part I ) |
| 3. American College of Trial L awyers | January 24-26 | Frisco, TX | Lecture | Travel, lodging and meals |
| 4. New York University | March 11 | New York, NY | Symposium | Travel, lodging |
| 5. New York University | April 5 | New York, NY | Chaired Interview Panel | Travel, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/23/2009 |

| | | | | |
|---|---|---|---|---|
| 6. Fordham Law School | April 24 | New York, NY | Stein Center Faculty Mtng | Travel, lodging |
| 7. American Law Institute | April 25 | Philadelphia, PA | Advisers' Meeting | Travel, lodging |
| 8. National Judicial College | May 2 | Meredith, NH | Presentation | Travel |
| 9. American Bar Associatiion | May 14-15 | Chicago, IL | Keynote Speaker | Travel, lodging and meals |
| 10 Bennington College | May 19 | Bennington, VT | Lecture | Travel, lodging |
| 11 Assoc. of American Law Schools | June 4-5 | Cleveland, OH | Lecture | Travel, lodging and meals |
| 12 Nat'l. Assoc. of Sentencing Commissioners* | August 3-5 | San Francisco, CA | Presentation | Travel, lodging and meals |
| 13. Women's Bar Association | August 7 | New York, NY | Presentation | Travel, lodging and meals |
| 14 American Bar Association | August 9 | New York, NY | Received Marshall Award | Travel |
| 15 John Jay College | October 1 | New York, NY | Presentation | Travel |
| 16 Nat'l. Assoc. of Women Judges | October 16-17 | Portland, OR | Annual Meeting | Travel, lodging |
| 17. Wellesley College & Yale Law School* | October 18-25 | Beijing, China | Taught | Travel, lodging and meals |
| 18 Fordham Law School | October 29 | New York, NY | Advisors meeting | Travel, lodging |
| 19 American Bar Association | December 8 | Washington, DC | Conference | Travel, lodging and meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gertner, Nancy | 07/23/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | American Express | Revolving Credit | J |
| 2. | Bank of America - Visa | Visa - Revolving Credit | J |
| 3. | ATT Universal Card | Revolving Credit | J |
| 4. | American Express Blue | Revolving Credit | J |
| 5. | RBS | Revolving Credit | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 2. Schwab Money Market | A | Dividend | L | T | | | | | |
| 3. Dodge & Cox Balanced Fund | A | Dividend | | | Sold | 8/19 | J | | |
| 4. FPA Crescent Instl | A | Dividend | | | Sold | 10/06 | J | | |
| 5. First Eagle Global Fund | A | –Dividend | K | T | Buy | 8/22 | J | | |
| 6. | A | Dividend | | | Sold | 10/03 | K | A | |
| 7. Oakmark Equity & Income | A | Dividend | K | T | Buy | 8/22 | J | | |
| 8. | A | Dividend | J | T | Sold (part) | 10/6 | J | B | |
| 9. T. Rowe Price Cap. Apprec. | A | Dividend | | | Sold | 10/03 | K | | |
| 10. Valero Energy Corp. | A | Dividend | | | Sold | 7/30 | J | | |
| 11. Keeley Small Cap Value | | None | K | T | Sold (part) | 8/22 | J | A | |
| 12. | | None | J | T | Sold (part) | 9/25 | J | A | |
| 13. | | None | | | Sold | 10/03 | J | | |
| 14. Berwyn Income Fund | A | Dividend | | | Sold | 7/30 | J | | |
| 15. ICON Energy Fund | A | Dividend | | | Sold | 8/19 | J | | |
| 16. Third Avenue Value | A | Dividend | | | Sold | 7/30 | J | | |
| 17. Eaton Vance Dividend Builder Fund* | A | Dividend | J | T | Sold (part) | 8/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Dividend | | | Sold | 10/03 | J | | |
| 19.  Marsico 21st Century | | None | J | T | Sold (part) | 7/30 | J | A | |
| 20. | | None | J | T | Sold (part) | 8/22 | J | A | |
| 21. | | None | | | Sold | 9/30 | J | | |
| 22.  Dodge & Cox Int'l. Stock | A | Dividend | | | Sold | 8/19 | J | | |
| 23.  SECOND IRA AT SCHWAB: | | | | | | | | | |
| 24.  Schwab Money Mkt. (See Section VIII) ** | | None | J | T | | | | | |
| 25.  Cash** (see Section VIII) | A | Dividend | K | T | | | | | |
| 26.  Dodge & Cox Balance | A | Dividend | | | Sold | 8/19 | J | | |
| 27.  Longleaf Partners Small Cap | | None | | | Sold | 7/30 | J | | |
| 28.  FPA Crescent Int'l | A | Dividend | J | T | Buy | 8/22 | J | | |
| 29.  Caterpillar Common Stock *** | A | Dividend | | | Sold | 8/19 | J | | |
| 30.  ICON Energy Fund *** | A | Dividend | J | T | Sold (part) | 8/22 | J | | |
| 31. | A | Dividend | | | Sold | 9/30 | J | | |
| 32.  Third Avenue Value *** | A | Dividend | | | Sold | 7/30 | J | | |
| 33.  Dodge & Cox Int'l. Stock *** | A | Dividend | | | Sold | 10/03 | J | | |
| 34.  Harbor Int'l. Fund | A | Dividend | J | T | Buy | 8/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/23/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. James Bal. Golden Rainbow | A | Dividend | J | T | Buy (add'l) | 8/22 | J | | |
| 36. Permanent Folio Fund | A | Dividend | J | T | Buy | 8/25 | J | | |
| 37. BROKERAGE ACCT. AT SCHWAB: | | | | | | | | | |
| 38. Schwab Money Market (See Section VIII)** | A | Dividend | J | T | | | | | |
| 39. Cash (See Section VIII)* | | None | J | T | | | | | |
| 40. 2ND BROKERAGE ACCT AT SCHWAB | | | | | | | | | |
| 41. Schwab Money Market (See Section VIII)** | | None | J | T | | | | | |
| 42. Cash (See Section VIII)** | | None | J | T | | | | | |
| 43. Cisco Systems common stock | | None | J | T | | | | | |
| 44. Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 45. Pkng., house rental, ▇▇▇▇▇▇▇., B rookline MA**** | E | Rent | K | W | | | | | |
| 46. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 8/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions:
The Petra Foundation is a non-profit organization.

Part II. Agreements:
The partnership agreement with Dwyer, Collora & Gertner (now Dwyer & Collora) governs the partnership distribution (including capital contribution and fees) for legal services rendered before my induction on April 25, 1994. The partnership agreement with Silverglate, Gertner, Fine & Good governs fees generated during the partnership life (which ended in 1990) but received after its termination.

Part VII. Investments and Trusts
**Cash moves between money market and cash accounts, as purchases and sales of holdings are made. The money balance is held in a position actually called "Cash"; a position where funds are held.
* Eaton Vance Utilities Fund changed its name to Eaton Vance Dividen Builder Fund.
***Holdings under "Second Ira at Schwab." (#29-32 should go after FPA Crescent holding.)
****Rental of a parking space and the carriage house next to our house.

Part IV. Reimbursements:
Item 12 - the expenses for my presentation at the National Association of Sentencing Commissioners were paid for by Yale Law School.
Item 17 - my expenses were split between Wellesley Centers for Women at Wellesley College and the China Law Center of Yale Law School.

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/23/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS~~~~ ~~~~PORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544